## Commonwealth *v.* Ensign, Appellant (No. 2).

Argued April 12, 1909.  Appeal, No. 163, April T., 1909, by Charles A. Ensign, from judgment of Q. S. Erie Co., Sept. T., 1908, No. 39, on verdict of guilty in case in Commonwealth v. William A. Ensign and Charles A. Ensign.   Before Rice, P. J., Porter, Henderson, Morrison, Orlady and Head, JJ.   Affirmed.

Opinion by Rice, P. J., July 14, 1909:

The defendant was tried jointly with William A. Ensign, in whose case we herewith file an opinion, ante, p. 157, covering all of the questions involved in this appeal.   The judgment is affirmed and the record is remitted to the court of quarter sessions of Erie county to the end that the sentence be fully carried into effect.